QUINCE, J.,
dissenting.
I cannot agree with the majority’s finding that the Hurst error was harmless beyond a reasonable doubt. As I’ve stated previously, “[bjecause Hurst ‘requires a jury, not a judge, to find each fact necessary to impose a sentence of death,’ the error cannot be harmless where such a factual determination was not made.” Hall v. State, 212 So.3d 1001, 1036-37 (Fla. 2017) (Quince, J., concurring in part and dissenting in part) (quoting Hurst v. Florida, — U.S. -, 136 S.Ct. 616, 619, 193 L.Ed.2d 504 (2016)); see also Truehill v. State, 211 So.3d 930, 961 (Fla. 2017) *216 (Quince, J., concurring in part and dissenting in part).